| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>IN RE:<br><br>ROBERT ANGONA<br>*aka* Robert P. Angona,<br><br>                              Debtor.<br>------------------------------------------------------------X | tmd3574/kp<br>December 29, 2016<br>9:30AM<br><br>Chapter 13<br><br>Case No: 116-44598-ESS |

## NOTICE OF SETTLEMENT OF
## PROPOSED ORDER DISMISSING CASE

SIRS/MESDAMES:

PLEASE TAKE NOTICE, that an Order of which the within is a true copy will be presented for settlement to the Honorable Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, New York on December 29, 2016, at 9:30AM.

PLEASE TAKE FURTHER NOTICE, that counter-orders must be presented and served upon the undersigned no later than three (3) days prior to the settle date set forth above, and if no counter-order is presented and served, the attached Order may be signed.

Date:   Jericho, New York
        December 19, 2016

                                                                s/*Krista M. Preuss*
                                                                KRISTA M. PREUSS, STAFF ATTORNEY
                                                                MARIANNE DEROSA, CHPT 13 TRUSTEE
                                                                125 JERICHO TURNPIKE, SUITE 105
                                                                JERICHO, NY 11753
                                                                (516) 622-1340

tmd3574/kp
THIS ORDER RELATES TO A
HEARING HELD ON
December 12, 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X   Chapter 13
IN RE:                                                        Case No. 116-44598-ESS

ROBERT ANGONA
*aka* Robert P. Angona,
                                                              ORDER DISMISSING CASE

                        Debtor.
----------------------------------------------------------X

UPON the November 21, 2016 written application of Marianne DeRosa, Chapter 13 Trustee, (the "Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of the aforesaid application having been given to all necessary parties; and

WHEREAS, on December 12, 2016, Krista M. Preuss, Esq., attorney for the Trustee appeared in support thereof and no one appeared on behalf of the Debtor; and

WHEREAS, the Debtor failed to file a Credit Counseling Certificate as required by 11 U.S.C. §521(b)(1); and

WHEREAS, the Debtor failed to file copies of payment advices or other evidence of payment received from any employer within the last 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv); and

WHEREAS, the Debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the Debtor has failed to provide the Trustee with a copy of a federal income tax return or transcript for the most recent year 7 days before the first meeting of creditors; and

WHEREAS, the Debtor failed to file a Chapter 13 Plan, as required by 11 U.S.C. §1321 and Fed. R. Bankr. P. 3015(b); and

WHEREAS, the Debtor failed to comply with the disclosure requirements of E.D.N.Y. LBR

2003-1; and

    WHEREAS, the Debtor failed to appear and be examined at the Section 341 Meeting of Creditors as required by 11U.S.C. §343; and

    WHEREAS, each of the foregoing constitutes cause for dismissal of a Chapter 13 case; it is accordingly

    ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) of the Bankruptcy Code.

Dated: Brooklyn, NY  
       December    , 2016

                                                          _____  
                                                          Hon. Elizabeth S. Stong  
                                                          United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X  Chapter 13 Case No: 116-44598-ESS
IN RE

ROBERT ANGONA
*aka* Robert P. Angona,

                                                  CERTIFICATE OF SERVICE
                                                        BY MAIL

                                  Debtor.
-------------------------------------------------------------X

          This is to certify that I, Krista M. Preuss, have this day served a true, accurate and correct copy of the within Notice of Settlement and proposed Order Dismissing by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

ROBERT ANGONA aka Robert P. Angona
23-67 19th Street
Astoria, NY 11105

PRO SE


This December 19, 2016
s/ *Krista M. Preuss*
Krista M. Preuss, Staff Attorney
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
125 Jericho Tpk., Ste. 105
Jericho, NY 11753
(516) 622-1340

Index No: 116-44598-ESS
UNITED STATES BANKRUPTCY COURT:
EASTERN DISTRICT OF NEW YORK

IN RE

ROBERT ANGONA
*aka* Robert P. Angona,

Debtor.

**NOTICE OF SETTLEMENT, ORDER DISMISSING**
**and**
**CERTIFICATE OF SERVICE**

**MARIANNE DeROSA, TRUSTEE**
**125 JERICHO TURNPIKE, STE. 105**
**JERICHO, NY 11753**
**(516) 622-1340**